Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
VICTORIA ANN CASTRO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ANN CASTRO | Case No.: 1:17-cv-00025-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO FILE OPENING BRIEF |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Victoria Ann Castro and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from September 5, 2017 to October 5, 2017 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel currently has 11 motions overdue and is trying to complete all as soon as possible. Counsel's firm lost an attorney last June 2016. Counsel has hired four attorneys' to handle that attorney's caseload consecutively and the last one left on Friday. Counsel has been trying to do as many as possible but remains committed to giving each case the time and focus required to present the best argument possible on the client's

-1-

behalf. Counsel appreciates that courtesy and patience of the defendant and this court and counsel assures the court that she continues to zealously represent her clients as best possible under the circumstances. Counsel requests this extension in good faith.

DATE: September 5, 2017            Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Ms. Victoria Ann Castro

DATE: September 5, 2017            PHILLIP A. TALBET
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Tina Naicker*

BY: _____
Tina Naicker
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
[*authorized by e-mail]

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including October 5, 2017, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **September 11, 2017**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE